AO 35 (03/10) Certificate of Official Court Reporter

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

Eastern District of Kentucky
FILED

JAN - 5 2026

## CERTIFICATE OF OFFICIAL COURT REPORTER
Arraignments, Pleas, and Sentencing Proceedings

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

I, *(print full name)* __Elaine Haberer__, certify that I am a duly appointed Official Court Reporter for the United States district court named above, and that I was present in the courtroom of this court on *(date)* __08/22/2025__. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the following cases:

| Name of Defendant | Docket Number | Nature of Proceeding *(Arraignment, plea, sentence)* |
|---|---|---|
| Kristopher M. Cole | 5:25-cr-17 | Sentencing |
| Tommie Joyner | 5:215-cr-06 | Sentencing |
| Alexander Miguel Laykovich | 5:24-cr-35 | Sentencing |
| Kristy Berry | 5:23-cr-09 | Sentencing |

I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on *(machine or equipment – make and model or format)* __USB__, that it can be transcribed without undue difficulty, and that I have filed the original recording with the clerk of court.

I further certify that I have filed my original steno-notes, stenomask recordings, or other original records taken of these proceedings with the clerk as required by 28 USC § 753(b).

Date: 08/27/2025

*(Court Reporter's Signature)*