UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL NO. 23-CR-00009-KKC

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.

KRISTY BERRY                                                                DEFENDANT

**ORDER**

\* \* \* \* \*

This matter is pending for consideration of the United States's motion to amend the judgment against the Defendant Kristy Berry. The Court having reviewed the record and being sufficiently advised;

IT IS HEREBY ORDERED that the renewed motion (DE #352) is GRANTED. The Defendant Kristy Berry's Judgment [DE 305] is hereby amended to state that the Defendant is jointly and severally liable with co-defendant Barbie Vanhoose and Jose Alzadon, up to the amount of $812,881.09, and with co-defendant Michael Bregenzer, in accordance with his forthcoming Judgment.

A copy of this Order shall be forwarded to the United States Probation Office, and an amended judgment in conformity with this Order shall be prepared and entered forthwith.

This 13th day of April, 2026.

Signed By:
_Karen K. Caldwell_  KKC
**United States District Judge**